948

No. 73-6109. MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73-6112. FOX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6117. MCNALLY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73-6127. MOULDEN, AKA NELSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73-6131. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6137. GOODWIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6192. MERIWETHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6209. GODFREY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73-6211. CHRISTMAN v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73-6281. FARMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73-6323. JAYA-BALCAZAR ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6364. DOBBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6381. BELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.